

# NUMBER 13-22-00511-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE WAN-TSING KWANG

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

On October 24, 2022, relator Wan-Tsing Kwang filed a petition for writ of mandamus and a motion for emergency stay. By petition for writ of mandamus, relator seeks to compel the trial court to vacate a temporary order, signed on October 12, 2022, requiring relator to pay attorney's fees. By motion for emergency stay, relator seeks to stay the trial court's temporary order and the trial court proceedings.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that it should be granted. Accordingly, we grant the motion for emergency stay and we order the trial court's temporary order and all trial court proceedings to be

stayed pending the resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We request the real party in interest, Jun Liang, or any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
24th day of October, 2022.